NOT FOR PUBLICATION

FILED

**UNITED STATES COURT OF APPEALS**

AUG 27 2024

**FOR THE NINTH CIRCUIT**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-4029 |
| Plaintiff - Appellee, | D.C. No. 3:14-cr-00369-W-1 |
| v. | |
| TYRELL LEWIS, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Thomas J. Whelan, District Judge, Presiding

Submitted August 20, 2024**

Before:    S.R. THOMAS, RAWLINSON, and COLLINS, Circuit Judges.

Tyrell Lewis appeals from the district court's judgment and challenges the

revocation of his supervised release and sentence of four months' imprisonment

and four years' supervised release. Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Lewis's counsel has filed a brief stating that there are no grounds for relief,

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\**      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record. We have provided Lewis the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**